

**Timothy J. Straub**
Managing Associate

timothy.straub@dentons.com
D +1 212-768-6821

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

大成 Salans FMC SNR Denton McKenna Long
dentons.com

May 14, 2021

**VIA ECF**

Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1670
New York, New York 10007

Re: Angeles v. Danya B, Case No. 1:20-cv-09326-PGG-SLC

Dear Judge Cave:

We represent defendant Danya B ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from May 14, 2021 to June 28, 2021.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, the parties will file a stipulation of voluntary dismissal.

Respectfully submitted,

*/s/ Timothy J. Straub*
Timothy J. Straub

cc: All counsel of record (by ECF)

US_Active\118257887\V-1

---

> The parties' request for a 45-day stay of all case deadlines (ECF No. 17) is GRANTED. By **June 28, 2021**, the parties shall file a stipulation of dismissal directed to Judge Gardephe.
>
> The Clerk of Court is respectfully directed to close ECF No. 17.
>
> SO ORDERED     5/17/2021
>
> _____
> SARAH L. CAVE
> United States Magistrate Judge